**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD S. LEVICK,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KRIS R. KISER,<br><br>　　　　　Defendant. | Civil Action No. 15-2054 (BAH) |

**ORDER**

Upon consideration of the Motion for Dismissal or, in the Alternative, for a More Definite Statement, ECF No. 9, the related legal memoranda in support and opposition thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendants' Motion to Dismiss is DENIED; and it is further

**ORDERED** that the parties comply with this Court's Standing Order ¶ 3, ECF No. 2, which requires the parties to file jointly a Meet and Confer Report pursuant to Local Civil Rule 16.3(b), by September 22, 2016.

**SO ORDERED**

Date: September 8, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge