UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RICHARD S. LEVICK, | : |
| Plaintiff, | : |
| v. | : Case No. 1:15-cv-02054-BAH |
| KRIS R. KISER | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WILL THE CLERK please enter the above-captioned matter as DISMISSED WITH PREJUDICE as to all claims asserted against DEFENDANT KRIS R. KISER, with all parties to bear their own costs and expenses. The parties to the instant complaint have reached a mutually agreeable resolution, with the terms embodied in a formal, written settlement agreement.

Respectfully submitted,

RICHARD S. LEVICK

Dated: December 28, 2017

Sandford M. Saunders, Jr. (D.C. Bar No. 376098)
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
V: (202) 331-3130
E: saunderss@gtlaw.com

Counsel for Plaintiff

7495-0001-4843-6765-4463-1

Respectfully submitted,

KRIS R. KISER

Dated: December 19, 2017

Joshua M. Greenberg (D.C. Bar No. 489323)
GREENSTEIN DELORME & LUCHS, P.C.
1620 L Street, N.W., Ste. 900
Washington, D.C. 20036
V: (202) 452-1400
E: JMG@GDLLAW.COM

Counsel for Defendant

### Certificate of Service

I HEREBY CERTIFY that a true and accurate copy of this Stipulation of Dismissal was served via ECF on this 30 day of Dec. 2016 on counsel for Defendant, Joshua M. Greenberg, Esq.

Sandford M. Saunders, Jr.

2

7495-0001-4843-6765-4463-1